IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARIANO DIAZ-BONILLA, *et al.*, )
)
      Plaintiffs, )
)
v. ) Civil Action No. 1:20-cv-00377 (AJT/IDD)
)
GOVERNOR RALPH NORTHAM, *et al.*, )
)
      Defendants. )

## **ORDER**

This matter is before the Court on Plaintiffs' Application for Temporary Restraining Order and For Order to Show Cause Why Preliminary Injunction Should Not Issue [Doc. 14] (the "Motion"). Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the arguments of counsel at the June 5, 2020 hearing, and for the reasons stated in open court, it is hereby

ORDERED that Plaintiffs' Application for Temporary Restraining Order and For Order to Show Cause Why Preliminary Injunction Should Not Issue [Doc. 14] be, and the same hereby is, **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                                      /s/
                                       Anthony J. Trenga
                                       United States District Judge

Alexandria, Virginia
June 5, 2020